IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA KELLY WEBB,<br><br>      Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN, Commissioner of the Social Security Administration,<br><br>      Defendant. | CIVIL ACTION<br>NO. 13-5528 |

## ORDER

**AND NOW**, this 16th day of April, 2015, upon consideration of Plaintiff's request for review and Defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**, as supplemented by the accompanying memorandum opinion.

2. The Plaintiff's request for review is **DENIED**.

3. Judgment is entered in favor of the Defendant.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.